**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Adrienne Caldwell,<br><br>                              Plaintiff,<br>       v.<br><br>Collection Technology, Inc.; and DOES 1-10, inclusive,<br><br>                              Defendant. | Civil Action No.: 1:14-cv-01737-JBW-VVP |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 21, 2014

                                                                           Respectfully submitted,

                                                                           PLAINTIFF, Adrienne Caldwell

                                                                           /s/ Sergei Lemberg

                                                                           Sergei Lemberg, Esq. (SL 6331)
                                                                           **LEMBERG LAW L.L.C.**
                                                                           1100 Summer Street, 3rd Floor
                                                                           Stamford, CT 06905
                                                                           Telephone: (203) 653-2250
                                                                           Facsimile:  (203) 653-3424
                                                                           slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) an a copy of the foregoing was sent via electronic delivery to the following:

Lauren Valenzuela, Esq.
Collection Technology, Inc.
1200 Corporate Center Drive, Suite 325
Monterey Park, CA 91754
lvalenzuela@collectiontechnology.com
*Counsel for Defendant*

By /s/ Sergei Lemberg

Sergei Lemberg