UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adrienne Caldwell, | : |
| | : |
| | : Civil Action No.: 1:14-cv-01737-JBW-VVP |
| Plaintiff, | : |
| v. | : |
| | : |
| Collection Technology, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Adrienne Caldwell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 4, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 6331)
Lemberg Law L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 4, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and a copy of the foregoing was served via electronic delivery to the following:

Lauren Valenzuela, Esq.
Collection Technology, Inc.
1200 Corporate Center Drive, Suite 325
Monterey Park, CA 91754
lvalenzuela@collectiontechnology.com
*Counsel for Defendant*

                                         By  /s/ Sergei Lemberg_____

                                             Sergei Lemberg